Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Tampa_____ Division

| | |
|---|---|
| Albert Penniwell Burkhardt III <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br>-v- <br> Florida Department of Revenue Child Support Program <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:21cv1769 SDM-JSS <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Albert P. Burkhardt |
   | Street Address | P.O. Box 532 |
   | City and County | Pinellas Park, Pinellas County |
   | State and Zip Code | Florida, 33780 |
   | Telephone Number | 727-685-9256 |
   | E-mail Address | apenniwell@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name     <u>Florida Department of Revenue Child Support Program</u>

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Federal Consummer Protection Act  41 U.S.C., Chap. 1672-1673
42 U.S.C. Chap. 666
28 U.S.C. Chap. 1738(b)
Uniform Interstate Family Support Act (UIFSA) Chapters 205(2), 211(b), 603(c), 211(b)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Albert Penniwell Burkhardt III , is a citizen of the State of *(name)* Florida .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* Florida Department of Revenue Child S , is incorporated under the laws of the State of *(name)* Florida , and has its principal place of business in the State of *(name)* Florida .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* Florida .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Bright Wood Works, Pinellas County, St. Petersburg, FL
Bright Wood Works, Pinellas County, St. Petersburg, FL
Express EmploymentPinellas County, Pinellas Park, FL
Pinellas County, Pinellas Park, FL

B.    What date and approximate time did the events giving rise to your claim(s) occur?

June   23/2017
july    23/2017
March 08/2020
( social Security)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction
==============================================================================

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 23, 2017, Florida Department of Revenue Child Support Program began taking $1,488.00 (62%) of my earnings at Bright Wood Works. After contacting the Department of Revenue On July 23, 2017, the amount was reduced to $600.00. This was still not the correct amount for the court order child support amount. Finally, they returned to the original out of state court order which is $455.00 and $30.00 for arrears

On (2019) I was fired from my job at Mill-Right Wood Works, through no fault of my own, due to severe knee damage and unable to work efficiently. I was unable to receive workman's compensation or unemployment but was able to take early retirement. Florida Department of Revenue Child Support Program is now taking child support and arrears from my social security benefits when it should only be taking arrears due to my daughter having been emancipated.

On full amount of child support and arrears to my pay check (double dipping).

On March 8, 2020, Florida Department of Revenue Child Support Program began garnishing my social security benefits full amount of child support plus arrears when the original court order is for $30.00 even though my daughter has been emancipated for two years.

Presently, I receive $532.00 which is 55% of my social security which leaves me in extreme poverty, homelessness and unable to find work due to knee injury.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you Sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

At the age of 64 years, actions of Florida Department of Revenue Child Support Program has caused and continues to cause physical and psychological harm related to homelessness, impoverishment and loss of personal property.

The punitive and abusive actions of the Florida Department of Revenue Child Support Program, continues to endanger my personal being and causing severe depression, anxiety, paranoia, state.

The actions of the Florida Department of Revenue keep me homeless, caused physical harm directly related to homelessness, impoverishment, including theft or loss of personal property.

The actions of this agency have kept me so impoverished as to be unable to afford any legal aid or representation.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I demand a correction to the amount of money being withheld from $454.00 with arrears of $30.00 to the original court ordered amount of $30.00 for arrears as stated in the original court order.

A full reinstatement of my right to drive from the state of Maryland and Florida without cost or charges.

$200,00.00 in damages caused by Florida Department of Revenue Child Support Program's deliberate misuse of administrative power and failure to abide by federal and state laws and guidelines which caused and continue to degrade, endanger, impoverish and continue to keep me homeless without any legal representation or resources.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/19/2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: ALBERT P. BURKHARDT III

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address